UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIANE FERGUSON,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

    Defendant.
                                                 /

Case No. 16-13289

Honorable John Corbett O'Meara

**ORDER ADOPTING MAGISTRATE JUDGE PATTI'S
JANUARY 22, 2018 REPORT AND RECOMMENDATION**

The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed Magistrate Judge Anthony P. Patti's January 22, 2018 Report and Recommendation, as well as Plaintiff's February 5, 2018 objections to the report and Defendant's February 13, 2018 response to those objections. After conducting a *de novo* review, the court hereby **ORDERS** that Magistrate Judge Patti's Report and Recommendation is **ADOPTED.**

It is further **ORDERED** that plaintiff Ferguson's motion for summary judgment is **DENIED.**

It is further **ORDERED** that Defendant's motion for summary judgment is **GRANTED,** and the decision of the Commissioner of Social Security is

**AFFIRMED.**

				s/John Corbett O'Meara
				United States District Judge

Date: February 15, 2018


     I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, February 15, 2018, using the ECF system.

				s/William Barkholz
				Case Manager